## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Olivia Vavreck,                                                             Civil No. 05-2922 (RHK/JSM)

         Plaintiff,                                         **ORDER OF DISMISSAL**
                                                        **WITH PREJUDICE**

v.

Accounts Receivable Management, Inc.,

         Defendant.

---

      Based on the Notice of Dismissal filed with the Court on January 23, 2006, this Court hereby **ORDERS** that Plaintiff's Complaint against Defendant, shall be, and herewith is, **DISMISSED WITH PREJUDICE** without costs, or disbursements, or attorneys' fees to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: January 24, 2006

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge